# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133733 & (59)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SUN/FOREST, L.L.C., SUN/FOREST
HOLDINGS, L.L.C., SUN/COMMUNITIES
OPERATING LIMITED PARTNERSHIP,
SUNCHAMP, L.L.C., SUNCHAMP HOLDINGS,
L.L.C., SUN COMMUNITIES, INC., GARY A.
SHIFFMAN, and ARTHUR A. WEISS,
          Plaintiffs-Appellants,

v

TJ HOLDINGS, L.L.C.,
          Defendant-Appellee.

SC: 133733
COA: 262155
Oakland CC: 2003-048710-CK

_____/

On order of the Court, the motion for admission pro hac vice of J. Alexander S. Barrett and J. Scott Hale is GRANTED. The application for leave to appeal the March 13, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

Clerk

s0723